**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALEX KIMBLE                                                                                     PLAINTIFF

V.                                3:15CV00383 JLH/PSH

DONALD CRITTENDEN                                             DEFENDANT

**ORDER**

Plaintiff Alex Kimble, who was formerly held at the Greene County Detention Center, filed a *pro se* complaint (Doc. No. 1), pursuant to 42 U.S.C. § 1983, on December 3, 2015, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On March 29, 2016, Kimble filed a change of address notice indicating that he has now been released from custody (Doc. No. 5).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Kimble wishes to proceed with this lawsuit, he is directed pay the $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Kimble's failure to do so will result in the recommended dismissal of this lawsuit.

The Court also notes that Kimble has not complied with the Court's order (Doc. No. 3) directing him to file a signed amended complaint. Therefore, Kimble must also file a signed amended complaint, as previously ordered, within 30 days, and his failure to do so will result in the recommended dismissal of his complaint.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Kimble an IFP application.

2. Kimble is directed to submit the $350.00 filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after this order's entry date. Kimble's failure to do so will result in the recommended dismissal of his complaint.

3. The Clerk is directed to send Kimble a copy of docket entry #3.

4. Kimble is directed to file a signed amended complaint, as previously ordered in docket entry #3, no later than 30 days after this order's entry date. Kimble's failure to do so will result in the recommended dismissal of his complaint.

DATED this 18th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE