**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALEX KIMBLE                                                                                                    PLAINTIFF

V.                                          3:15CV00383 JLH/PSH

DONALD CRITTENDEN                                                                             DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Alex Kimble filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 3, 2015. On December 9, 2015, the Court entered an order noting that Kimble's complaint is vague and unsigned, and directing him to file an amended complaint within 30 days. Kimble was warned that his failure to comply would result in the recommended dismissal of his complaint. On April 18, 2016, after he filed a change of address notice indicating he had been released from custody, the Court entered an order directing Kimble to submit a new *in forma pauperis* ("IFP") application or the filing fee, and to file a signed amended complaint, as previously ordered, within 30 days.

Kimble was warned that his failure to comply would result in the recommended dismissal of his complaint (Doc. No. 6). Kimble filed an IFP motion, but did not file a signed amended complaint. On May 10, 2016, the Court entered an order granting Kimble's motion for leave to proceed IFP, and again reminded him of his obligation to file an amended complaint as previously ordered (Doc. No. 8). More than 30 days have passed since the Court's April 18, 2016, order, and Kimble has still not filed a signed amended complaint as ordered. Under these circumstances, the Court concludes that Kimble's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to comply with the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

   IT IS THEREFORE RECOMMENDED THAT:

   1.   Kimble's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to comply with the Court's order.

   2.   The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

   DATED this 31st day of May, 2016.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE