**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALEX KIMBLE                                                                          PLAINTIFF

v.                                           NO. 3:15CV00383 JLH

DONALD CRITTENDEN                                                          DEFENDANT

**<u>JUDGMENT</u>**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE